## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| EDNA HERNANDEZ<br>*Plaintiff,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 23-CV-174 |
| WALMART, INC.<br>*Defendant.* | §<br>§<br>§<br>§<br>§ | JURY DEMANDED |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Walmart Inc., incorrectly named Walmart, Inc., files this Notice of Removal pursuant to 28 U.S.C. § 1441, as follows:

### Commencement and Service

1.      On April 26, 2023, Plaintiff, Edna Hernandez, commenced this action against Walmart Inc. by filing Plaintiff's Original Petition in the 206th Judicial District Court of Hidalgo County, Texas, Cause No. C-1684-23-D, *Edna Hernandez vs. Walmart, Inc.* A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A**. Walmart Inc. received service of process and Plaintiff's Original Petition on May 1, 2023. A copy of the Citation and Affidavit of Service is attached hereto as **Exhibit B**. Walmart Inc. filed its Original Answer to Plaintiff's Original Petition on May 19, 2023, attached hereto as **Exhibit C** and its Demand for Jury Trial attached hereto as **Exhibit D.**

2.      This notice of removal is filed within thirty days (30) of the receipt of the Plaintiff's Original Petition which discloses that this matter involves an amount in controversy that or which exceeds $75,000.00 and is timely filed under 28 U.S.C. § 1446(b). This notice of removal is filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(b).

## Grounds for Removal

3.      Walmart Inc. is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.  **See Exhibit A, Plaintiff's Original Petition at paragraph 7, wherein Plaintiff seeks monetary relief in excess of One Million Dollars.**

## Diversity of Citizenship

4.      This is an action between parties with diversity of citizenship.

5.      Plaintiff is a citizen of Texas.

6.      Defendant Walmart Inc. is a corporation that is incorporated in the State of Delaware with its principal place of business in Bentonville, Arkansas.  Walmart Inc. is a citizen of both the State of Delaware and the State of Arkansas.

7.      No change of citizenship has occurred since commencement of the state court action. Therefore, diversity of citizenship exists among the parties.

## Amount in Controversy

8.      The amount in controversy exceeds the sum of $75,000.00.  **See Exhibit A, Plaintiff's Original Petition paragraph 7.**

## Venue

9.      Venue lies in the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

## Notice

10.     Contemporaneous with the filing of this notice of removal, Defendant will give notice of

this filing to all parties of record pursuant to 28 U.S.C. § 1446(d).  Defendant will also file with

the clerk of the state court and will serve upon Plaintiff's counsel and all other parties'' counsel of

record, a notice of the filing of this notice of removal.

## Jury Demand

11.     Plaintiff demanded a jury trial in the state court action.

## State Court Pleadings

12.     Copies of state court pleadings which are referenced within the Notice are attached to this

Notice of Removal as **Exhibits A and D.**     This case is being removed from the 206th Judicial

District Court of Hidalgo County, Texas.

## Exhibits to Notice of Removal

13.     The following documents are attached to this Notice as correspondingly lettered exhibits:

        A.     Plaintiff's Original Petition.
        B.     Citation and Affidavit of Service.
        C.     Defendant's Original Answer to Plaintiff's Original Petition.
        D.     Defendant's Demand for Jury Trial.
        E.     Service Issue Notice.
        F.     Register of Actions.
        G.     List of Counsel of Record.

WHEREFORE, Defendant, Walmart Inc. pursuant to the statutes cited herein and in

conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 206th

Judicial District Court of Hidalgo County, Texas.

Respectfully submitted,

DAW & RAY
A LIMITED LIABILITY PARTNERSHIP

/s/ James K. Floyd
James  K. Floyd,  Attorney-in-Charge
State Bar No.: 24047628
Federal No.: 559561
Email: jfloyd@dawray.com
Ricardo G. Benavides, Of Counsel
State Bar No.: 24031735
Federal Id No. 32205
Email: rbenavides@dawray.com
DAW & RAY, LLP
3900 N. 10th St., Suite 950
McAllen, Texas 78501
(956) 687-3121 Telephone
(956) 686-3188 Fax
**ATTORNEYS FOR DEFENDANT,
WALMART INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the FRCP on this the 30th  day of May, 2023.

Grant Caswell Fisher
Carabin & Shaw, PC
630 Broadway
San Antonio, Texas 78215
**ATTORNEY FOR PLAINTIFF**

/s/ James K. Floyd
James K. Floyd